**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELENA MONTANEZ, | ) |
| | ) |
| Plaintiff | ) CASE NO: 2:11-cv-03661 |
| v. | ) |
| | ) |
| ACADEMY COLLECTION SERVICES, INC. f/k/a MONARCH RECOVERY MANAGEMENT, INC., | ) |
| | ) |
| Defendant | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated, by and between counsel for Plaintiff, Elena Montanez, and Defendant, Academy Collection Services Inc. f/k/a Monarch Recovery Management, Inc., that this action and all of the claims set forth therein are dismissed with prejudice.

| | |
|---|---|
| /s/ Amy L. Bennecoff | /s/ Rocco Casale |
| Amy L. Bennecoff, Esquire | Rocco Casale, Esquire |
| Kimmel & Silverman, P.C. | Stevens & Schwab |
| 30 East Butler Avenue | 100 Connell Drive, Suite 100 |
| Ambler, PA 19002 | Berkeley Heights, NJ 07922 |
| (215)540-8888 | (908) 679-4999 |
| abennecoff@creditlaw.com | Rocco.casale@chartisinsurance.com |
| Attorney for Plaintiff, | Attorney for Defendant, |
| Elena Montanez | Academy Collection Services Inc. |
| | f/k/a Monarch Recovery |
| | Management, Inc. |