UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELENA MONTANEZ, </br></br> Plaintiff </br> v. </br></br> ACADEMY COLLECTION SERVICES, INC. f/k/a MONARCH RECOVERY MANAGEMENT, INC., </br></br> Defendant | CASE NO: 2:11-cv-03661 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated, by and between counsel for Plaintiff, Elena Montanez, and Defendant, Academy Collection Services Inc. f/k/a Monarch Recovery Management, Inc., that this action and all of the claims set forth therein are dismissed with prejudice.

/s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
(215)540-8888
abennecoff@creditlaw.com
Attorney for Plaintiff,
Elena Montanez

/s/ Rocco Casale
Rocco Casale, Esquire
Stevens & Schwab
100 Connell Drive, Suite 100
Berkeley Heights, NJ 07922
(908) 679-4999
Rocco.casale@chartisinsurance.com
Attorney for Defendant,
Academy Collection Services Inc.
f/k/a Monarch Recovery
Management, Inc.

SO ORDERED: